IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



| UNITED STATES OF AMERICA | ) |
| --- | --- |
| | ) |
| v. | ) Criminal No. 3:07cr403–HEH |
| | ) |
| ANDRE C. CARTER, | ) |
| | ) |
| Petitioner. | ) |

## ORDER
(Accepting Report and Recommendation
and Denying 28 U.S.C. § 2255 Motion)

In accordance with the accompanying Memorandum Opinion, it is hereby

ORDERED that: the Report and Recommendation (Dk. No. 55) is ACCEPTED AND

ADOPTED; the motion under 28 U.S.C. § 2255 (Dk. No. 29 is DENIED; the action is

DISMISSED; and a certificate of appealability is DENIED.

Carter may appeal the decision of the Court. Should he wish to appeal, written

notice of appeal must be filed within sixty (60) days of the date of entry hereof. Failure to

file a timely notice of appeal may result in the loss of the ability to appeal.

The Clerk is DIRECTED to send a copy of the Memorandum Opinion and Order

to Carter and counsel of record.

It is SO ORDERED.

                                             /s/
                               HENRY E. HUDSON
                               UNITED STATES DISTRICT JUDGE

Date: Dec. 12, 2011
Richmond, Virginia